2009R00069/am

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Criminal Number: 11-216 (KSH) |
| SONG-JA PARK | : | <u>ORDER FOR RESTITUTION</u> |

   This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Anthony Moscato, Assistant U.S. Attorney), and defendant Song-Ja Park (hereinafter the "defendant")(by her attorney Howard B. Brownstein, Esq.) for an Order requiring the defendant to pay restitution to the victims of her offense, and as the defendant having consented to this Order, and for good and sufficient cause shown,

   IT IS THE FINDING OF THIS COURT that as a result of her plea agreement and conviction, the defendant is required to make full restitution to the victims of her offense for all losses resulting from the offense of conviction or from the scheme, conspiracy, or pattern of criminal activity underlying that offense; namely, conspiracy to (a) knowingly transfer, possess, and use, without lawful authority, a means of identification of another person with intent to commit and in connection with unlawful activity that constitutes a violation of federal law, contrary to Title 18, United States Code, Section 1028(a)(7); and (b) unlawfully buying a social security card for the purpose of obtaining things of value, contrary to Title 42,

United States Code, Section 408(a)(7)(C), in violation of Title 18, United States Code, Section 371; and

   IT IS FURTHER THE FINDING OF THIS COURT that approximately $67,147, which amount was found by the Court as part of the defendant's loss amount for purposes of her advisory Guideline range, is not subject to this Order because (1) no victims have been identified; and (2) determining the identifiable victims associated with this amount ($67,147) would complicate and prolong the sentencing process to such a degree that the need to provide restitution to such victims is outweighed by the burden placed on the sentencing process. See Title 18, United States Code, Section 3663A(c)(3).

WHEREFORE, IT IS on this ____ day of May, 2011,

ORDERED that the defendant, as part of the sentence imposed on March 23, 2011, shall pay restitution to the victims listed below and in the amounts listed below:

| Victim | Address | Amount |
|---|---|---|
| PNC Bank | 500 West Jefferson, Louisville, Kentucky 40202<br><br>Attn: Melissa Thompson-Deposit Recovery Unit | $7,500.00 |
| Macy's Fraud Analytics | 9111 Duke Blvd, Mason, Ohio, 45040<br><br>Attn: Chad Reveal-Director of Granting | $15,622.00 |
| JP Morgan Chase & Co | 200 White Clay Center Drive, Floor 1, Newark, Delaware 19711-5466,<br><br>Attn: Barbara A. Simcox-Sr Regional Investigator | $3,935.00 |
| GE Money Bank | P.O. Box 8726, Dayton, Ohio 45401<br><br>Attn: Derrick Ramsey | $2,477.00 |
| Macy's | 9111 Duke Blvd, Mason, Ohio, 45040<br><br>Attn: Chad Reveal-Director of Granting | $3,786.00 |
| Citibank | 14700 Citicorp Drive, Bldg 2, Hagerstown, Maryland 21742<br><br>Attn: Vicky Yeager | $1,900.00 |

| Victim | Address | Amount |
|---|---|---|
| Citibank | One Court Square, Long Island City, New York 1120 Attn: Geoffry Obici | $6,350.00 |

IT IS FURTHER ORDERED that this restitution will be payable in monthly installments of not less than $200 per month, commencing thirty days from the date of this Order.

IT IS FURTHER ORDERED THAT the defendant will pay restitution payable to the U.S. Treasury and forward these monthly payments to the Clerk of the Court for distribution to the above-referenced victims.

Date: May 3, 2011

HON. KATHARINE S. HAYDEN
United States District Judge

4